This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**SHAWN AND LINDY EDWARDS,**

   **Protestants-Appellants,**

**v.**                                                    **NO. 34,395**

**NEW MEXICO TAXATION AND**
**REVENUE DEPARTMENT,**

      Respondent-Appellee,

**IN THE MATTER OF THE PROTEST**
**OF SHAWN AND LINDY EDWARDS.**

**APPEAL FROM THE TAXATION & REVENUE DEPARTMENT**
**Monica Ontiveros, Hearing Officer**

John Lieuwan & Associates PA
John Lieuwan
Albuquerque, NM

for Appellants

Taxation & Revenue Department
Peter Breen, Special Assistant Attorney General
Santa Fe, NM

for Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

**{1}** Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

**{2}** **DISMISSED.**

**{3}** **IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Chief Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**LINDA M. VANZI, Judge**